

## THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN

~~XXXXXXXXXXXXXXXXXXXX~~
~~JOHN BEN SHEPPERD~~
~~ATTORNEY GENERAL~~

AUSTIN 11, TEXAS

Honorable Ralph Logan
County Attorney
Tom Green County
San Angelo, Texas

Dear Sir:

Opinion No. 0-3446
Re: Qualifications of persons
entitled to vote for
county school trustees.

We received your letter dated April 23, 1941, requesting our opinion on the following question:

Are the qualified voters of the San Angelo Independent School District proper electors to vote for a member of the County Board elected from Precinct One of Tom Green County?

We appreciate your opinion and analysis of the question involved which you submitted with your request.

You state in your letter that the City of San Angelo lies wholly within Precinct One.

Article 2676, Vernon's Annotated Civil Statutes, reads, in part, as follows:

"The general management and control of the public free schools and high schools in each county, unless otherwise provided by law shall be vested in five (5) county school trustees elected from the county, one of whom shall be elected from the county at large by the qualified voters of the common and consolidated independent school districts of the county, and one from each Commissioners' Precinct by the qualified voters of Commissioners' Precinct, who shall hold office for a term of two years. . ." (Underscoring ours)

We held in our opinion No. 0-3235 "that all qualified voters of the Commissioners' Precincts of the county may vote for the county school trustee from their respective precincts without reference to whether such voters reside in common or independent school districts of whatsoever nature." We wish to point out, however, that this rule is not applicable to the trustee who is elected by the county at large.

You are advised that all of the qualified voters of Commissioners' Precinct No. One, which includes the San Angelo Independent School District, are proper electors to vote for a member of the County School Board elected from Precinct One of Tom Green County.

We enclose copies of our opinions Nos. O-3235 and O-2066 wherein the question is more fully discussed.

Yours very truly

APPROVED MAY 7, 1941

ATTORNEY GENERAL OF TEXAS

/s/ Grover Sellers

By  /s/ Lee Shoptaw
        Lee Shoptaw
          Assistant

FIRST ASSISTANT
ATTORNEY GENERAL

LS:lh:lm

2 enc.

APPROVED
OPINION
COMMITTEE
BY /s/ BWB
   CHAIRMAN